IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


PHYNERRIAN Q. MANNING,

    Plaintiff,

vs.                                            CASE NO. 5:03CV304-SPM/AK

MICHELLE CLOWER, et al,

    Defendants.

_____/


## O R D E R

An Order of this Court was recently returned as undeliverable. (Doc. 23). A search of the website for federal prisoners shows that Plaintiff has moved to another facility in Kentucky. **It is Plaintiff's responsibility to keep the Court advised of his current address and a failure to do so may result in a recommendation that this cause be dismissed.** The Clerk of Court shall mail to Plaintiff a copy of this Order, as well as a copy of the previous Order, which was returned, (doc. 22), and update the docket to reflect his current address as:

    Phynerrian Q. Manning
    USP McCreary
    330 Federal Way
    Pine Knot, KY 42635

    **DONE AND ORDERED** at Gainesville, Florida, this __30th__ day of June, 2005.

                                    s/ A. KORNBLUM
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**