IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PHYNERRIAN MANNING,**

    Plaintiff,

vs.                                                   5:03-CV-304-SPM

**CHARLENE SMITH,** *et al.*,

    **Defendants.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 25) dated August 11, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections on September 1, 2005 (doc. 26).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Plaintiff has not shown that the employees of the institutional mailroom retaliated against him in any way; rather, it appears that one or more employees was simply careless in leaving the envelope off to one side and never following up on

the contents of the disk.[1]  When the envelope was found, institutional officials contacted the Eleventh Circuit and explained the circumstances.

Although Plaintiff's motion was ultimately denied, it was not because of the lack of a reply brief from Plaintiff.  The appellate court made no mention of either an untimely brief or the absence of a brief in its opinion; its analysis focused on the facts found in the transcript and the record on appeal, eventually holding that the trial court did not abuse its discretion in denying the motion for new trial.  Thus, Plaintiff's brief would not have added any new or crucial facts that would have changed the outcome of the case.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 25) is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (doc. 20) is hereby *granted*.

3. Plaintiff's complaint (doc. 1) is hereby *dismissed* for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and as frivolous pursuant to 28 U.S.C.

---

[1] While the envelope itself was not labeled "legal mail," it is difficult to imagine what else would be contained in an envelope bearing the return address of the Eleventh Circuit Court of Appeals.

§1915(e)(2)(B)(I).

**DONE AND ORDERED** this <u>twelfth</u> day of September, 2005.

<u>    s/ Stephan P. Mickle    </u>
Stephan P. Mickle
United States District Judge

/pao